**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL MATTHEW ZAPATA,** | No. C-11-0032 TEH (PR) |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY AND LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> ON APPEAL** |
| v. | |
| **RODOLFO VASQUEZ, Warden,** | |
| Respondent. | |
| / | Doc. #7 |

Petitioner's <u>pro se</u> Petition for a Writ of Habeas Corpus was DISMISSED without prejudice for the reasons stated in the Order of Dismissal. A Certificate of Appealability is DENIED because Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

//

//

//

Petitioner's motion to proceed <u>in forma pauperis</u> on appeal (Doc. #7) is DENIED without prejudice to Petitioner seeking <u>in forma pauperis</u> status directly from the Ninth Circuit Court of Appeal. <u>See</u> Fed. R. App. P. 24(b).

IT IS SO ORDERED.

DATED  *04/16/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.11\Zapata-11-032-deny coa and ifp on appeal.wpd

**United States District Court**
For the Northern District of California

2